# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

145360

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHRISTOPHER ESTRADA CORNWELL,
    Defendant-Appellant.

SC: 145360
COA: 301660
Wayne CC: 10-007286-FC

_____/

     On order of the Court, the application for leave to appeal the May 1, 2012 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor's response shall address the defendant's Issue I.

     The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012                             _____

p1128                                      Clerk